

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-13-00821-CV

**GOLDEN REHABILITATION CENTER, L.L.C.,**
Appellant

v.

Juanita **PEREZ**, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of Elisa Zapata,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06946
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On February 14, 2014, appellees filed a response to the motion to abate which was filed by appellant on February 6, 2014. Appellant is ORDERED to file a reply to appellees' response no later than February 26, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court